Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **ILS Products, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Industrial Lighting Systems** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 5 – 5 3 1 9 3 7 1** |

**4. Debtor's address**

Principal place of business

**1910 E Tom Green St**
Number       Street

**Brenham, TX 77833-5129**
City                          State      ZIP Code

**Washington**
County

Mailing address, if different from principal place of business

_____
Number       Street

_____
City                          State      ZIP Code

Location of principal assets, if different from principal place of business

_____
Number       Street

_____
City                          State      ZIP Code

**5. Debtor's website (URL)**   **www.globalils.com; ranchhandsolarlighting.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **ILS Products, LLC**
_____    Case number _(if known)_ _____
          Name

**7. Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____  _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. _Check all that apply:_

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

        District _____  When _____
                                          MM / DD / YYYY

        Case number, if known _____

Debtor   **ILS Products, LLC** _____   Case number (if known) _____
     Name

| | |
|---|---|
| **11. Why is the case filed in** *this* **district?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br>    _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>    Number    Street <br>    _____ <br>    _____ <br>    City    State    ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>           Contact name _____ <br>           Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000 <br> ☐ 100-199 ☐ 200-999   ☐ 10,001-25,000                ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000        ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion <br> ☑ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  **ILS Products, LLC**                         Case number *(if known)*
        Name

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/29/2024**
              MM/ DD/ YYYY

X   **/s/ Ayla Jade Lawson**                          **Ayla Jade Lawson**
Signature of authorized representative of debtor        Printed name

Title        **Owner**

**18. Signature of attorney**

X          **/s/ Robert C Lane**              Date  **08/29/2024**
Signature of attorney for debtor                      MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number        Street

**Houston**                          **TX**        **77036-3369**
City                                  State        ZIP Code

**(713) 595-8200**                    **notifications@lanelaw.com**
Contact phone                         Email address

**24046263**                          **TX**
Bar number                            State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $71,543.21 |
| b. Total debts (including debts listed in 2.c., below) | $1,308,513.91 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____

_____

3. Brief description of debtor's business _____ manufacture solar lighting systems, which include light, light pole and all mounting hardware for, oil & gas, retail, commercial, and farm & ranch applications.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

Fill in this information to identify the case:

Debtor name **ILS Products, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/29/2024**
　　　　　　 MM/ DD/ YYYY

**X** **/s/ Ayla Jade Lawson**
Signature of individual signing on behalf of debtor

**Ayla Jade Lawson**
Printed name

**Owner**
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name      **ILS Products, LLC** |
| United States Bankruptcy Court for the: <br> **Western District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration <br> 409 3rd St Sw <br> Washington, DC 20416-0011 | | | | | | $143,421.00 |
| 2 | Channel Partners Capital LLC <br> 11100 Wayzata Blvd Ste 305 <br> Hopkins, MN 55305-5537 | | UCC | | | | $125,066.70 |
| 3 | BlueVine Capital Inc. <br> 401 Warren St 300 <br> Redwood City, CA 94063 | | Line of Credit | Disputed | | | $104,209.10 |
| 4 | The Fundworks, LLC <br> 299 S Main St Ste 1300 Pmb 93894 <br> Salt Lake Cty, UT 84111-2241 | | Merchant Cash Advance | Disputed | | | $96,009.31 |
| 5 | The Cowboy Channel <br> 130 East Exchange Avenue <br> Fort Worth, TX 76164 | | Services | | | | $94,000.00 |
| 6 | American Express <br> Bankruptcy Unit <br> PO Box 297817 <br> Fort Lauderdale, FL 33329-7817 | | Credit Card | | | | $85,446.75 |
| 7 | Texas Custom Coaters <br> 9468 Interstate Dr. <br> Navasota, TX 77868 | | | | | | $76,925.68 |
| 8 | XPO , Inc. <br> Attn: Legal Dept <br> Five American Lane <br> Greenwich, CT 06831 | | Services | | | | $51,426.30 |

Debtor  **ILS Products, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 The Fundworks, LLC<br>299 S Main St Ste 1300 Pmb 93894<br>Salt Lake Cty, UT 84111-2241 | | Merchant Cash Advance | Disputed | | | $49,874.96 |
| 10 Eastern Metal Supply Texas<br>9400 Telge Rd<br>Houston, TX 77095 | | Supplier | | | | $42,482.46 |
| 11 RDM Capital Funding, LLC DBA FinTap<br>777 Passaic Avenue Suite 375<br>Clifton, NJ 07012 | | MCA | Disputed | | | $38,400.00 |
| 12 Ayla Lawson<br>1910 E Tom Green St<br>Brenham, TX 77833-5129 | | Personal Loan to Company | | | | $32,897.19 |
| 13 Herman Packaging Company<br>8112 Breen Dr.<br>Houston, TX 77064 | | | | | | $32,695.14 |
| 14 Green Grass Holdings LLC DBA FTC Funding<br>1 Whitehall St, 2nd Floor<br>New York, NY 10004-2125 | | MCA | Disputed | | | $30,159.00 |
| 15 Ayla Lawson<br>1910 E Tom Green St<br>Brenham, TX 77833-5129 | | Personal Loan to Company | | | | $28,779.02 |
| 16 Zimmerman Steel & Supply Company, LLC<br>18543 Davis Rd<br>Dalton, OH 44618 | | Services | | | | $26,469.46 |
| 17 Bravo U Bolts and Fasteners<br>1035 Hollywood St<br>Houston, TX 77015-5261 | | | | | | $25,860.50 |
| 18 Samuel, Son & Co<br>5022 Ashley Ct<br>Houston, TX 77041 | | Vendor | | | | $22,252.70 |
| 19 Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 | | Merchant Cash Advance | Disputed | | | $21,925.80 |
| 20 Fab Services Ltd<br>2405 Washington St<br>Waller, TX 77484-7305 | | Services | | | | $21,520.00 |

Fill in this information to identify the case:

Debtor Name   **ILS Products, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Citizens State Bank** | **Checking account** | **4  5  7  7** | $1,245.00 |
| 3.2. **Amegy Bank of Texas** | **Checking account** | **3  3  6  0** | $337.31 |

4. **Other cash equivalents** *(Identify all)*

4.1 _____

4.2 _____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,582.31

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____

Debtor    **ILS Products, LLC** _____    Case number *(if known)* _____
             Name

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____    _____

     8.2 _____    _____

9.    **Total of Part 2**                                     [_____]

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10.   **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                              **Current value of debtor's interest**

11.   **Accounts receivable**

     11a. 90 days old or less:    **$9,000.00**   -   **unknown**   =.....➡    **$9,000.00**
                                  face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:       **$11,789.90**   -   **$11,231.25**   =.....➡    **$11,789.90**
                                  face amount          doubtful or uncollectible accounts

12.   **Total of Part 3**                                     [**$20,789.90**]

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13.   **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                            **Valuation method used for current value**   **Current value of debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____    _____    _____

     14.2 _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                        % of ownership:

     15.1 _____    _____    _____    _____

     15.2 _____    _____    _____    _____

| Debtor | ILS Products, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

Describe:

16.1 _____

16.2 _____

**17.** Total of Part 4

Add lines 14 through 16. Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **Raw materials** | **12/29/2023** MM / DD / YYYY | **unknown** | **QB Valuation** | **$15,000.00** |
| **20.** Work in progress | | | | |
| | MM / DD / YYYY | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| | MM / DD / YYYY | | | |
| **22.** Other inventory or supplies | | | | |
| **warehouse supplies/office supplies** | MM / DD / YYYY | **unknown** | | **$5,000.00** |

**23.** Total of Part 5

Add lines 19 through 22. Copy the total to line 84.     **$20,000.00**

**24.** Is any of the property listed in Part 5 perishable?

☑ No

☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **ILS Products, LLC**
_____    Case number *(if known)* _____

Name

---

**27.   Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops—either planted or harvested** | | | |
| **29.   Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.   Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.   Farm and fishing supplies, chemicals, and feed** | | | |
| **32.   Other farming and fishing-related property not already listed in Part 6** | | | |

**33.   Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.   Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor  **ILS Products, LLC**                                        Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desks (5)** | unknown | | $500.00 |
| **Chairs (10)** | unknown | | $200.00 |
| **Filing Cabinets (2)** | unknown | | $100.00 |
| **Table** | unknown | | $50.00 |
| **Shelving Units (3)** | unknown | | $200.00 |
| **Reception Desk** | unknown | | $500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Phones (4)** | unknown | | $50.00 |
| **Printer (3)** | unknown | | $300.00 |
| **White Board** | unknown | | $20.00 |
| **Computer (3)** | unknown | | $600.00 |
| **Monitors (7)** | unknown | | $650.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| **$3,170.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

| Debtor | **ILS Products, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48.** Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **VIN: 4D6EB1829PC065412 Cargo Craft** | **unknown** | | **$2,000.00** |
| **49.** Aircraft and accessories | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| **50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| **Baleigh Plasma Machine** | **unknown** | | **$20,000.00** |
| **Baleigh Saw Model: BS-350M Serial# 12034** | **unknown** | | **$500.00** |
| **Automatic Saw Model: GZ4228 Serial# 18083104** | **unknown** | | **$2,000.00** |
| **Hyster Forklift: Hyster S50XM Serial# D187V29733A** | **unknown** | | **$1,000.00** |
| **Rigid Threader 535A** | **unknown** | | **$500.00** |

**51.** Total of Part 8

Add lines 47 through 50. Copy the total to line 87.

| | **$26,000.00** |
|---|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?

☑ No

☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No

☐ Yes

**Part 9:** Real property

**54.** Does the debtor own or lease any real property?

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

Debtor  **ILS Products, LLC** _____ Case number *(if known)* _____
Name

---

| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
|---|---|---|---|---|---|
| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| | 55.1 _____ | _____ | _____ | _____ | _____ |
| | 55.2 _____ | _____ | _____ | _____ | _____ |
| | 55.3 _____ | _____ | _____ | _____ | _____ |
| | 55.4 _____ | _____ | _____ | _____ | _____ |
| | 55.5 _____ | _____ | _____ | _____ | _____ |
| | 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. [ _____ ]

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| www.globalils.com | **unknown** | _____ | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |

---

Debtor    **ILS Products, LLC**                                       Case number *(if known)* _____

        Name

---

65. **Goodwill**

66. **Total of Part 10**                                                            **$1.00**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☑ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☑ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☑ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

                                                           **Current value of
debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____    _____ − _____ = ➡    _____
                                         Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____ Tax year _____    _____
    _____ Tax year _____    _____
    _____ Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____    _____

        **Nature of claim**     _____

        **Amount requested**    _____

---

Debtor    **ILS Products, LLC**                                    Case number *(if known)* _____
          Name

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |

**Nature of claim**    _____

**Amount requested**    _____

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |

| | |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | |
|---|---|
| 78. | **Total of Part 11** |
| | Add lines 71 through 77. Copy the total to line 90. |

| | |
|---|---|
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |

☑ No

☐ Yes

Debtor  **ILS Products, LLC**
Name

Case number *(if known)*

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,582.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,789.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,170.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $26,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................... ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............................91a. | $71,543.21 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................... $71,543.21

Schedule A/B: Assets — Real and Personal Property

---

Fill in this information to identify the case:

Debtor name __**ILS Products, LLC**__

United States Bankruptcy Court for the: _____**Western**_____  District of _____**Texas**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

---

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
__1st Alliance Group LLC__

**Creditor's mailing address**
__2875 Ne 191st St Ste 500__

__Miami, FL 33180-2832__

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$9,101.30**    Value of collateral: **unknown**

**Remarks:** MCA

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$666,440.64**

Debtor   **ILS Products, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2** Creditor's name

**BlueVine Capital Inc.**

**Describe debtor's property that is subject to a lien**

$104,209.10        unknown

Creditor's mailing address

**401 Warren St 300**

**Redwood City, CA 94063**

**Describe the lien**

**Line of Credit**

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    **06/26/2024**

Last 4 digits of account number    ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor     **ILS Products, LLC**                                    Case number (if known) _____
           _____
           Name

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.3 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $7,087.02 | unknown |
|---|---|---|---|---|

**2.3** Creditor's name

**Canfield Capital**

**Describe debtor's property that is subject to a lien**

_____

_____

**Creditor's mailing address**

**30 N Gould St Ste R**

**Sheridan, WY 82801-6317**

**Describe the lien**

**MCA**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    05/14/2024

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    **ILS Products, LLC**                                           Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4** **Creditor's name**

**Channel Partners Capital LLC**

**Creditor's mailing address**

**11100 Wayzata Blvd Ste 305**

**Hopkins, MN 55305-5537**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$125,066.70**

Column B: **unknown**

Debtor  **ILS Products, LLC**  Case number (if known) _____

Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* | *Value of collateral* |
| | **Do not deduct the value** of collateral. | **that supports this claim** |

**2.5** Creditor's name

**Clicklease LLC**

Creditor's mailing address

**1182W W 2400 S**

**West Valley City, UT 84119**

Creditor's email address, if known

_____

Date debt was incurred    **10/06/2023**

Last 4 digits of account    **1  3  9  0**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Baleigh Plasma Machine    **$33,085.45**    **$20,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **ILS Products, LLC**                 Case number (if known) _____
      Name

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | **Amount of claim** | **Value of collateral** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Do not deduct the value of collateral. | **that supports this claim** |

**2.6** **Creditor's name**

**Coconut Funding Corporation**

**Creditor's mailing address**

**1225 Franklin Ave Ste 325**

**Garden City, NY 11530-1693**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** \_\_ \_\_ \_\_ \_\_

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

        _____

     ☐ Yes. The relative priority of creditors is specified on lines \_\_\_\_\_

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim:** **$8,101.00**

**Value of collateral:** **unknown**

Debtor     **ILS Products, LLC**                                         Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.7** Creditor's name

**Fox Funding Group LLC**

Creditor's mailing address

**803 S 21st Ave**

**Hollywood, FL 33020-6962**

Creditor's email address, if known

_____

Date debt was incurred     _____

Last 4 digits of account     ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** MCA

Describe debtor's property that is subject to a lien

_____

_____

Describe the lien

**Merchant Cash Advance**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$21,925.80**          **unknown**

Debtor  __ILS Products, LLC_____     Case number (if known) _____
         Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.8** | **Creditor's name**

**Green Grass Holdings LLC DBA FTC Funding**

**Creditor's mailing address**

**1 Whitehall St, 2nd Floor**

**New York, NY 10004-2125**

**Creditor's email address, if known**
_____

**Date debt was incurred**  __05/09/2024__

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
**MCA**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$30,159.00** | **unknown**

---

Debtor __ILS Products, LLC_____    Case number (if known) _____
　　　Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** Creditor's name

**RDM Capital Funding, LLC DBA FinTap**

Describe debtor's property that is subject to a lien

$38,400.00 | unknown

Creditor's mailing address

**777 Passaic Avenue Suite 375**

**Clifton, NJ 07012**

Describe the lien

**MCA**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred __05/17/2024__

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **ILS Products, LLC**                                         Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.10** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**409 3rd St Sw**

**Washington, DC 20416-0011**

**Creditor's email address, if known**

_____

**Date debt was incurred**     05/30/2020

**Last 4 digits of account**   **7  8  0  0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$143,421.00          unknown

Debtor **ILS Products, LLC**                                        Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.11** **Creditor's name**

**The Fundworks, LLC**

**Creditor's mailing address**

**299 S Main St Ste 1300 Pmb 93894**

**Salt Lake Cty, UT 84111-2241**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Merchant Cash Advance**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$96,009.31**          **unknown**

---

Debtor  **ILS Products, LLC**
_____   Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.12** **Creditor's name**

**The Fundworks, LLC**

**Describe debtor's property that is subject to a lien**
_____

$49,874.96                        unknown

**Creditor's mailing address**

**299 S Main St Ste 1300 Pmb 93894**

**Salt Lake Cty, UT 84111-2241**

_____

**Describe the lien**

**Merchant Cash Advance**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  **ILS Products, LLC**                                   Case number (if known) _____
      Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Fogel, P.C.**<br>**1225 Franklin Avenue 201**<br>**Garden City, NY 11530** | Line 2. **3** | ___ ___ ___ ___ |
| **Coconut Funding Corporation**<br>**100 Bayview Cir Ste 200**<br>**Newport Beach, CA 92660-8901** | Line 2. **6** | ___ ___ ___ ___ |
| **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd Suite 305**<br>**Suffern, NY 10901** | Line 2. **8** | ___ ___ ___ ___ |
| **AWN&R Commercial Law Group, PLLC**<br>**Attn: Jeffrey Parrella, Esq.**<br>**14 Wall Street 20th Floor**<br>**New York, NY 10005** | Line 2. **9** | ___ ___ ___ ___ |
| **U.S. Small Business Administration (SBA) - All Divisions**<br>**Little Rock Commercial Loan Servicing Center**<br>**2120 Riverfront Drive 100**<br>**Little Rock, AR 72202** | Line 2. **10** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor  **ILS Products, LLC**
Name

Case number (if known)

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name                  **ILS Products, LLC**

United States Bankruptcy Court for the:

                   **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**

Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor  **ILS Products, LLC**

Name

Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Amazon Capital Services**

PO BOX 035184

Seattle, WA 98124-5184

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$4,461.43

**3.2** Nonpriority creditor's name and mailing address

**American Express**

Bankruptcy Unit

PO Box 297817

Fort Lauderdale, FL 33329-7817

Date or dates debt was incurred  01/01/2024

Last 4 digits of account number  4  0  0  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$85,446.75

**3.3** Nonpriority creditor's name and mailing address

**Ayla Lawson**

1910 E Tom Green St

Brenham, TX 77833-5129

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Personal Loan to Company

Is the claim subject to offset?
☑ No
☐ Yes

$32,897.19

**3.4** Nonpriority creditor's name and mailing address

**Ayla Lawson**

1910 E Tom Green St

Brenham, TX 77833-5129

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Personal Loan to Company

Is the claim subject to offset?
☑ No
☐ Yes

$19,533.15

Debtor **ILS Products, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Ayla Lawson**

**1910 E Tom Green St**

**Brenham, TX 77833-5129**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Personal Loan to Company**

Is the claim subject to offset?
☑ No
☐ Yes

$28,779.02

---

**3.6** Nonpriority creditor's name and mailing address

**BFI - Ullman Peterson Productions**

**515 E Carefree Hwy**

**Phoenix, AZ 85085-8839**

Date or dates debt was incurred **04/25/2024**

Last 4 digits of account number **1** **0** **0** **0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,500.00

---

**3.7** Nonpriority creditor's name and mailing address

**Bravo U Bolts and Fasteners**

**1035 Hollywood St**

**Houston, TX 77015-5261**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,860.50

---

**3.8** Nonpriority creditor's name and mailing address

**Champco**

**2595 LCR 368**

**Groesbeck, TX 76642**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,885.00

---

Debtor **ILS Products, LLC**
_____
Name

Case number _(if known)_ _____

## Part 2: Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $42,482.46 |

**Eastern Metal Supply Texas**

**9400 Telge Rd**

**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $21,520.00 |

**Fab Services Ltd**

**2405 Washington St**

**Waller, TX 77484-7305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $32,695.14 |

**Herman Packaging Company**

**8112 Breen Dr.**

**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,446.19 |

**Linde**

**10 Riverview Drive**

**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  **ILS Products, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address
**PHMG**

**401 North Michigan Avenue Suite 2550**

**Chicago, IL 60611**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,462.84

---

**3.14** | Nonpriority creditor's name and mailing address
**Ranch Solutions**

**3491 NC 217**

**Erwin, NC 28339**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,308.80

---

**3.15** | Nonpriority creditor's name and mailing address
**Rural Media Group, Inc.**

**49 Music Square West Suite 301**

**Nashville, TN 37203**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,350.00

---

**3.16** | Nonpriority creditor's name and mailing address
**Samuel, Son & Co**

**5022 Ashley Ct**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$22,252.70

---

Debtor  **ILS Products, LLC**                                              Case number *(if known)* _____
        Name

| Part 2: | Additional Page |
| --- | --- |

**3.17** Nonpriority creditor's name and mailing address

**Texas Custom Coaters**

**9468 Interstate Dr.**

**Navasota, TX 77868**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          $76,925.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**The Cowboy Channel**

**130 East Exchange Avenue**

**Fort Worth, TX 76164**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          $94,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Toby Skinner**

**16915 South Greenfield Road**

**Gilbert, AZ 85295**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          $9,205.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Uline**

**Attn: Legal Dept**

**12575 Uline Drive**

**Pleasant Prairie, WI 53158**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:          $2,025.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **ILS Products, LLC**
          Name                                              Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.21** Nonpriority creditor's name and mailing address

**UPS**

**P.O. Box 650116**

**Dallas, TX 75265**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$21,139.41

---

**3.22** Nonpriority creditor's name and mailing address

**XPO , Inc.**

**Attn: Legal Dept**

**Five American Lane**

**Greenwich, CT 06831**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$51,426.30

---

**3.23** Nonpriority creditor's name and mailing address

**Zimmerman Steel & Supply Company, LLC**

**18543 Davis Rd**

**Dalton, OH 44618**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$26,469.46

---

Debtor  **ILS Products, LLC**
Name

Case number *(if known)*

---

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $642,073.27 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $642,073.27 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Fill in this information to identify the case:

Debtor name _____**ILS Products, LLC**_____

United States Bankruptcy Court for the:

_____**Western District of Texas**_____

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Clicklease LLC |
| | Contract to be ASSUMED | 1182W W 2400 S |
| State the term remaining | 0 months | West Valley City, UT 84119 |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**ILS Products, LLC**_____

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____
                                                                                                   (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

__Official Form 206H__
# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1.    Does the debtor have any codebtors?**

   ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑  Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Faron Kaine** | **1910 E Tom Green St**<br>Street<br><br>**Brenham, TX 77833**<br>City    State    ZIP Code | **Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **Grant, Andrew** | **1910 E Tom Green St**<br>Street<br><br>**Brenham, TX 77833-5129**<br>City    State    ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3  **Lawson, Ayla** | **1910 E Tom Green St**<br>Street<br><br>**Brenham, TX 77833-5129**<br>City    State    ZIP Code | **Canfield Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **RDM Capital Funding, LLC DBA FinTap** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Clicklease LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Green Grass Holdings LLC DBA FTC Funding** | ☑ D<br>☐ E/F<br>☐ G |
| | | **1st Alliance Group LLC** | ☑ D<br>☐ E/F<br>☐ G |

---

| Debtor | ILS Products, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Channel Partners Capital LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Coconut Funding Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **The Fundworks, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | **Lawson, Ayla Jade**<br><br>**39926 Holik Rd**<br>Street<br><br>**Hempstead, TX 77445-3688**<br>City  State  ZIP Code | **Canfield Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **RDM Capital Funding, LLC DBA FinTap** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Clicklease LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Green Grass Holdings LLC DBA FTC Funding** | ☑ D<br>☐ E/F<br>☐ G |
| | | **1st Alliance Group LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Channel Partners Capital LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Coconut Funding Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **The Fundworks, LLC** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | ILS Products, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"></td><td>Additional Page if Debtor Has More Codebtors</td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 **Lawson, Ayla Jade** | **39926 Holik Rd**<br>Street<br><br>**Brenham, TX 77833-5129**<br>City          State          ZIP Code | **Canfield Capital** | ☑ D  ☐ E/F  ☐ G |
| | | **RDM Capital Funding, LLC DBA FinTap** | ☑ D  ☐ E/F  ☐ G |
| | | **Clicklease LLC** | ☐ D  ☐ E/F  ☑ G |
| | | **Green Grass Holdings LLC DBA FTC Funding** | ☑ D  ☐ E/F  ☐ G |
| | | **1st Alliance Group LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Channel Partners Capital LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Coconut Funding Corporation** | ☑ D  ☐ E/F  ☐ G |
| | | **Small Business Administration** | ☑ D  ☐ E/F  ☐ G |
| | | **The Fundworks, LLC** | ☑ D  ☐ E/F  ☐ G |
| 2.6 **Lawson, Ayla Jade** | **1910 E Tom Green St**<br>Street<br><br>**Brenham, TX 77833-5129**<br>City          State          ZIP Code | **Canfield Capital** | ☑ D  ☐ E/F  ☐ G |
| | | **RDM Capital Funding, LLC DBA FinTap** | ☑ D  ☐ E/F  ☐ G |
| | | **Clicklease LLC** | ☐ D  ☐ E/F  ☑ G |
| | | **Green Grass Holdings LLC DBA FTC Funding** | ☑ D  ☐ E/F  ☐ G |
| | | **1st Alliance Group LLC** | ☑ D  ☐ E/F  ☐ G |

| Debtor | **ILS Products, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Channel Partners Capital LLC** | ☑ D ☐ E/F ☐ G |
| | | **Coconut Funding Corporation** | ☑ D ☐ E/F ☐ G |
| | | **Small Business Administration** | ☑ D ☐ E/F ☐ G |
| | | **The Fundworks, LLC** | ☑ D ☐ E/F ☐ G |

---

**Fill in this information to identify the case:**

Debtor name             **ILS Products, LLC**

United States Bankruptcy Court for the:

                 **Western District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real Property:**

         Copy line 88 from *Schedule A/B*.......................................................................................

         **$0.00**

     1b. **Total personal property:**

         Copy line 91A from *Schedule A/B*...................................................................................

         **$71,543.21**

     1c. **Total of all property:**

         Copy line 92 from *Schedule A/B*.....................................................................................

         **$71,543.21**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

     **$666,440.64**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

         **$0.00**

     3b. **Total amount of claims of non-priority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

         **+ $642,073.27**

4. **Total liabilities**...............................................................................................................

     Lines 2 + 3a + 3b

     **$1,308,513.91**

---

Fill in this information to identify the case:

Debtor name    **ILS Products, LLC**

United States Bankruptcy Court for the:

   **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2024</u> to   Filing date <br>          MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$897,439.00** |
| **For prior year:**   From <u>01/01/2023</u> to <u>12/31/2023</u> <br>          MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$2,308,724.00** |
| **For the year before that:**   From <u>01/01/2022</u> to <u>12/31/2022</u> <br>          MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$1,749,915.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2024</u> to   Filing date <br>          MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From <u>01/01/2023</u> to <u>12/31/2023</u> <br>          MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From <u>01/01/2022</u> to <u>12/31/2022</u> <br>          MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **RDM Capital Funding, LLC DBA FinTap** <br> Creditor's name <br><br> **777 Passaic Avenue Suite 375** <br> Street <br><br><br> **Clifton, NJ 07012** <br> City    State    ZIP Code | **05/03/2024** <br><br> **05/10/2024** <br><br> _____ | **$7,920.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.2.** **Green Grass Holdings LLC DBA FTC Funding** <br> Creditor's name <br><br> **1 Whitehall St Frnt 2** <br> Street <br><br><br> **New York, NY 10004-2125** <br> City    State    ZIP Code | **04/30/2024** <br><br> **05/01/2024** <br><br> **05/02/2024** <br><br> **05/03/2024** <br><br> **05/06/2024** <br><br> **05/07/2024** <br><br> **05/08/2024** <br><br> **05/09/2024** | **$10,400.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.3.** **American Express** <br> Creditor's name <br><br> **P.O Box 297817** <br> Street <br><br> **Bankruptcy Unit** <br><br> **Fort Lauderdale, NY 33329** <br> City    State    ZIP Code | **08/01/2024** | **$17,084.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Business Credit Card** |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor ___**ILS Products, LLC**_____  Case number *(if known)* _____
    Name

4.1. _____  _____  _____  _____

Creditor's name

_____  _____  _____

Street

_____  _____  _____

_____

City     State   ZIP Code

| Relationship to debtor |
| --- |

_____

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

5.1. _____  _____  _____  _____

Creditor's name

_____

Street

_____

_____

City     State   ZIP Code

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

6.1. _____  _____  _____  _____

Creditor's name

                         XXXX–__ __ __ __

Street

_____

_____

City     State   ZIP Code

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Canfield Capital LLC vs ILS Products, et al.** | **Breach of Contract** | **Supreme Court of the State of New York County of Nassau**<br>Name<br>**100 Supreme Ct Drive**<br>Street<br><br>**Mineola, NY 11501**<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**608910/2024** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **RDM Capital Funding LLC DBA Fintap v ILS Products LLC, et al.** | **Breach of Contract** | **Supreme Court of the State of New York County of Monroe**<br>Name<br>**99 Exchange Blvd**<br>Street<br>**Hall of Justice 5th Floor, Room 545**<br>**Rochester, NY 14614-2112**<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**E2024008860** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Green Grass Holdings dba FTC Funding vs ILS Products, et al.** | **Breach of Contract** | **Supreme Court of the State of New York County of Kings**<br>Name<br>**360 Adams St 4**<br>Street<br><br>**Brooklyn, NY 11201**<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**513608/2024** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br>City  State  ZIP Code | Case title<br><br>Case number<br><br>Date of order or assignment | Court name and address<br><br>Name<br>Street<br><br>City  State  ZIP Code |

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  **ILS Products, LLC**                                         Case number *(if known)*
_____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City                        State      ZIP Code

**Recipient's relationship to debtor**

_____

---

**Part 5:    Certain Losses**

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____    _____    _____    _____

---

**Part 6:    Certain Payments or Transfers**

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Lane Law Firm** | **Attorney's Fee** | **05/14/2024** | **$1,000.00** |
| | **Address** | **Attorney's Fee** | **05/23/2024** | **$12,000.00** |
| | **6200 Savoy Dr Ste 1150** <br> Street | **Attorney's Fee** | **06/06/2024** | **$5,000.00** |
| | | **Attorney's Fee** | **06/20/2024** | **$5,000.00** |
| | **Houston, TX 77036-3369** <br> City            State      ZIP Code | **Attorney's Fee** | **07/05/2024** | **$5,000.00** |
| | **Email or website address** | **Attorney's Fee** | **07/23/2024** | **$5,000.00** |
| | **billing@lanelaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor  ILS Products, LLC

Name

Case number *(if known)*

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ City      State    ZIP Code | |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**ILS Products, LLC**

Name                                                           Case number *(if known)*

18.1 _____   XXXX– _ _ _ _    ☐ Checking

Name                                        ☐ Savings

_____            ☐ Money market

Street                                      ☐ Brokerage

_____            ☐ Other

City              State    ZIP Code          _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City   State   ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City   State   ZIP Code | | | |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ Name | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ City        State    ZIP Code | _____ | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Seidel Schroeder**<br>Name<br>**2707 S Market St**<br>Street<br><br>**Brenham, TX 77833-5939**<br>City      State    ZIP Code | From **01/01/2021**  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor ___LS Products, LLC_____ Case number *(if known)*_____
           Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Seidel Schroeder**
Name

**2707 S Market St**
Street

_____

**Brenham, TX 77833-5939**
City                State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____
City                State          ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____
City                State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | , | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

| Debtor | ILS Products, LLC | | | Case number *(if known)* | _____ |
|---|---|---|---|---|---|

| | Name | | | | |
|---|---|---|---|---|---|
| | Lawson, Ayla Jade | 1910 E Tom Green St Brenham, TX 77833-5129 | President, Owner | From | _____ |
| | | | | To | _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Lawson, Ayla Jade** <br> Name | **$11,532.54** | **01/2024** | **Salary Payments** |
| **39926 Holik Rd** <br> Street | **$9,183.34** | **02/2024** | |
| | **$4,591.67** | **03/2024** | |
| **Hempstead, TX 77445-3688** <br> City          State          ZIP Code | **$2,500** | **04/2024** | |
| | **$6,000** | **05/2024** | |
| **Relationship to debtor** | **$4,500** | **06/2024** | |
| **Owner** | **$5,500** | **07/20274** | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **William Lawson** <br> Name | **$3,500.00** | **06/04/2024** | **Insider Payments** |
| **1910 E Tom Green St** <br> Street | **$2,000.00** | **06/21/2024** | |
| | **$4,500.00** | **06/27/2024** | |
| **Brenham, TX 77833-5129** <br> City          State          ZIP Code | **$4,500.00** | **07/30/2024** | |
| **Relationship to debtor** | | | |
| **Spouse of Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __08/29/2024__
             MM/  DD/  YYYY

**X** __/s/ Ayla Jade Lawson__                          Printed name    __Ayla Jade Lawson__
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor    __Owner__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**    ILS Products, LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    **$33,000.00**

Prior to the filing of this statement I have received ...............................................................    **$33,000.00**

Balance Due ..........................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __08/29/2024__ | __/s/ Robert C Lane__ |
| Date | Robert C Lane |
| | *Signature of Attorney* |
| | Bar Number: 24046263 |
| | The Lane Law Firm |
| | 6200 Savoy Dr Ste 1150 |
| | Houston, TX 77036-3369 |
| | Phone: (713) 595-8200 |
| | Fax: (713) 595-8201 |
| | |
| | __The Lane Law Firm__ |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **ILS Products, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **08/29/2024**      Signature                  **/s/ Ayla Jade Lawson**

Ayla Jade Lawson, Owner

1ST ALLIANCE GROUP LLC
2875 NE 191ST ST STE 500
MIAMI, FL 33180-2832


AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA 98124-5184


AMERICAN EXPRESS
BANKRUPTCY UNIT
PO BOX 297817
FORT LAUDERDALE, FL 33329-7817


AWN&R COMMERCIAL LAW
GROUP, PLLC
ATTN: JEFFREY PARRELLA, ESQ.
14 WALL STREET 20TH FLOOR
NEW YORK, NY 10005

AYLA LAWSON
1910 E TOM GREEN ST
BRENHAM, TX 77833-5129


BFI - ULLMAN PETERSON
PRODUCTIONS
515 E CAREFREE HWY
PHOENIX, AZ 85085-8839


BLUEVINE CAPITAL INC.
401 WARREN ST 300
REDWOOD CITY, CA 94063


BRAVO U BOLTS AND
FASTENERS
1035 HOLLYWOOD ST
HOUSTON, TX 77015-5261

CANFIELD CAPITAL
30 N GOULD ST STE R
SHERIDAN, WY 82801-6317


CHAMPCO
2595 LCR 368
GROESBECK, TX 76642


CHANNEL PARTNERS CAPITAL
LLC
11100 WAYZATA BLVD STE 305
HOPKINS, MN 55305-5537


CLICKLEASE LLC
1182W W 2400 S
WEST VALLEY CITY, UT 84119


COCONUT FUNDING
CORPORATION
1225 FRANKLIN AVE STE 325
GARDEN CITY, NY 11530-1693


COCONUT FUNDING
CORPORATION
100 BAYVIEW CIR STE 200
NEWPORT BEACH, CA 92660-8901


DAVID FOGEL, P.C.
1225 FRANKLIN AVENUE 201
GARDEN CITY, NY 11530


EASTERN METAL SUPPLY
TEXAS
9400 TELGE RD
HOUSTON, TX 77095

FAB SERVICES LTD
2405 WASHINGTON ST
WALLER, TX 77484-7305


FARON KAINE
1910 E TOM GREEN ST
BRENHAM, TX 77833


FOX FUNDING GROUP LLC
803 S 21ST AVE
HOLLYWOOD, FL 33020-6962


ANDREW GRANT
1910 E TOM GREEN ST
BRENHAM, TX 77833-5129


GREEN GRASS HOLDINGS LLC
DBA FTC FUNDING
1 WHITEHALL ST, 2ND FLOOR
NEW YORK, NY 10004-2125


HERMAN PACKAGING
COMPANY
8112 BREEN DR.
HOUSTON, TX 77064


ILS PRODUCTS, LLC
1910 E TOM GREEN ST
BRENHAM, TX 77833-5129


LAW OFFICES OF ISAAC H.
GREENFIELD PLLC
2 EXECUTIVE BLVD SUITE 305
SUFFERN, NY 10901

AYLA LAWSON
1910 E TOM GREEN ST
BRENHAM, TX 77833-5129


AYLA JADE LAWSON
1910 E TOM GREEN ST
BRENHAM, TX 77833-5129


AYLA JADE LAWSON
39926 HOLIK RD
HEMPSTEAD, TX 77445-3688


AYLA JADE LAWSON
39926 HOLIK RD
BRENHAM, TX 77833-5129


LINDE
10 RIVERVIEW DRIVE
DANBURY, CT 06810


PHMG
401 NORTH MICHIGAN AVENUE SUITE
2550
CHICAGO, IL 60611


RANCH SOLUTIONS
3491 NC 217
ERWIN, NC 28339


RDM CAPITAL FUNDING, LLC
DBA FINTAP
777 PASSAIC AVENUE SUITE 375
CLIFTON, NJ 07012

RURAL MEDIA GROUP, INC.
49 MUSIC SQUARE WEST SUITE 301
NASHVILLE, TN 37203


SAMUEL, SON & CO
5022 ASHLEY CT
HOUSTON, TX 77041


SMALL BUSINESS
ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0011


TEXAS CUSTOM COATERS
9468 INTERSTATE DR.
NAVASOTA, TX 77868


THE COWBOY CHANNEL
130 EAST EXCHANGE AVENUE
FORT WORTH, TX 76164


THE FUNDWORKS, LLC
299 S MAIN ST STE 1300 PMB 93894
SALT LAKE CTY, UT 84111-2241


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


TOBY SKINNER
16915 SOUTH GREENFIELD ROAD
GILBERT, AZ 85295

U.S. SMALL BUSINESS
ADMINISTRATION (SBA) -
ALL DIVISIONS
LITTLE ROCK COMMERCIAL LOAN
SERVICING CENTER
2120 RIVERFRONT DRIVE 100
LITTLE ROCK, AR 72202

ULINE
ATTN: LEGAL DEPT
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158

UPS
P.O. BOX 650116
DALLAS, TX 75265

XPO , INC.
ATTN: LEGAL DEPT
FIVE AMERICAN LANE
GREENWICH, CT 06831

ZIMMERMAN STEEL & SUPPLY
COMPANY, LLC
18543 DAVIS RD
DALTON, OH 44618