**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ILS PRODUCTS, LLC** | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 24-11040** |

**STATEMENT OF OPERATIONS**

3:44 PM
07/25/24
Accrual Basis

# ILS Products LLC
## Profit & Loss
### January through December 2024

|  | Jan - Dec 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Income Accounts** | |
| 4010 · Sales | 712,661.40 |
| 4012 · RH Square Sales | 200,869.75 |
| 4013 · RH Stripe Sales | 21,275.36 |
| 4020 · Shipping and Delivery Income | 5,471.41 |
| 4510 · Sales Discounts | -48,765.61 |
| 49900 · Uncategorized income | 1,394.39 |
| **Total Income Accounts** | 892,906.70 |
| 49901 · Uncategorized Income | 4,532.42 |
| **Total Income** | 897,439.12 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| 5100 · Purchases | |
| 5101 · Sales Tax Paid on Purchases | 639.62 |
| 5102 · Service Charge | 12,729.21 |
| 5100 · Purchases - Other | 156,431.05 |
| **Total 5100 · Purchases** | 169,799.88 |
| 5110 · Inventory Adjustments | -17,870.52 |
| 5120 · Freight & Shipping Costs | 139,179.45 |
| 5130 · Assembly | 76,544.14 |
| 5139 · Leased Equipment | 5,010.89 |
| 5145 · Packaging | |
| 5145.3 · Fitting Boxes | 9,323.71 |
| **Total 5145 · Packaging** | 9,323.71 |
| 5150 · Powder Coating | 25,000.00 |
| 5210 · Sales Commissions Paid | 10,694.91 |
| 5405 · Shipping Supplies | 6,701.90 |
| 5410 · Warehouse Supplies | 27,246.92 |
| 5415 · Vehicle & Machine Expenses | 1,940.37 |
| Cost of Goods Sold - Other | 219,882.46 |
| **Total Cost of Goods Sold** | 673,454.11 |
| **Total COGS** | 673,454.11 |
| **Gross Profit** | 223,985.01 |
| **Expense** | |
| Employee Reimbursement | 20,357.04 |
| Sales Refunds | |
| Square Sales Refunds | 32,633.91 |
| Sales Refunds - Other | 965.56 |
| **Total Sales Refunds** | 33,599.47 |
| 6000 · Advertising and Promotion | 74,655.26 |
| 6010 · Trade Show & Conf Registration | 13,641.55 |
| 6020 · Bank Service Charges | 2,925.72 |
| 6021 · Inuit Merchant Services Fees | 1,929.64 |
| 6022 · Square Merchant Services Fees | 11,222.98 |
| 6023 · Stripe Merchant Services Fees | 1,884.02 |
| 6030 · Charitable Contributions | 1,227.32 |
| 6040 · Computer and Internet Expenses | 806.99 |
| 6042 · Consultant Expenses | 20,033.37 |
| 6055 · Dues and Subscriptions | 2,251.67 |
| 6060 · Equipment Rental | 3,304.39 |
| 6065-02 · Health Care Expense | 11,790.12 |
| 6065 · Insurance Expense | 8,444.78 |

3:44 PM
07/25/24
Accrual Basis

# ILS Products LLC
# Profit & Loss
January through December 2024

|  | Jan - Dec 24 |
|---|---:|
| **6075 · Miscellaneous Expense** | 4,389.28 |
| **6080 · Office Supplies** | 2,929.96 |
| **6083 · Payroll Expense** |  |
|     6083-01 · Permanent Salaries | 36,170.48 |
|     6083-02 · Regular Salaries | 14,800.00 |
|     6083-04 · Payroll Tax Liability | 40,856.37 |
|     6083 · Payroll Expense - Other | 147,255.92 |
| **Total 6083 · Payroll Expense** | 239,082.77 |
| **6084 · Payroll Service Fee** | 96.51 |
| **6087 · Postage and Delivery** | 80.63 |
| **6090 · Printing and Reproduction** | 982.06 |
| **6092 · Professional Fees** | 38,462.84 |
| **6095 · Rent Expense** | 28,000.00 |
| **6096.1 · Deposited Check Returned** | -38,324.64 |
| **6098 · Taxes - Property** | 1,830.07 |
| **6098.1 · Taxes - Other** | 228.42 |
| **6099 · Telephone Expense** | 8,337.90 |
| **6100 · Travel Expense** |  |
|     6100-01 · Airline Charges | 4,613.86 |
|     6100-02 · Client Meals and Entertainment | 1,493.23 |
|     6100-03 · Employee Meals | 2,431.59 |
|     6100-04 · Car Rental, Taxi & Shuttle Exp | 2,884.67 |
|     6100-06 · Hotel | 6,412.91 |
|     6100-08 · Personal Auto Expenses | 5,762.93 |
| **Total 6100 · Travel Expense** | 23,599.19 |
| **6110 · Utilities** | 5,611.80 |
| **66900 · Reconciliation Discrepancies** | 166.84 |
| **Total Expense** | 523,547.95 |
| **Net Ordinary Income** | -299,562.94 |
| **Other Income/Expense** |  |
|   Other Expense |  |
|     80000 · Ask My Accountant | -4,289.50 |
| **Total Other Expense** | -4,289.50 |
| **Net Other Income** | 4,289.50 |
| **Net Income** | **-295,273.44** |

Page 2