IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ILS PRODUCTS, LLC | § | |
| | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 24-11040 |

## MOTION FOR AUTHORITY TO PAY CRITICAL VENDORS

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, ILS Products, LLC ("Debtor" AND "Debtor in Possession") and files this motion ("Motion") pursuant to Sections 105(a) and 363(b) of the United States Bankruptcy Code and 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code") for the entry of an order designating Texas Custom Coaters and Herman Packaging Company as critical vendors and authorizing the Debtor to pay prepetition debts owed to this vendor. In support of this Motion, the Debtor would respectfully show the court as follows:

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b). This matter is a core proceeding, and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for relief requested herein are Sections 105(a) and 363(b) of the Bankruptcy Code.

### II. BACKGROUND

3. On July 25, 2024 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy

1

Code").

4. The Debtor continues to manage and operates a medical office business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

5. The Debtor has identified Texas Custom Coaters and Herman Packaging Company as critical vendors that provide products and services required support to the operations of the business. Both Texas Custom Coaters and Herman Packaging Company are necessary for Debtor to continue manufacturing lighting systems and are critical and necessary to Debtor's operations. Without these vendors, Debtor would not be able to continue to operating.

### III. REQUEST FOR AUTHORITY TO PAY PREPETITION DEBT

6. This Court is authorized to approve the payment of the pre-petition claim of Debtor's critical vendor under the doctrine of necessity and Sections 105(a) and 363(b) of the Bankruptcy Code. The doctrine of necessity in Chapter 11 cases derives from the Court's inherent equity powers and its statutory authority to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

7. As of the petition date, the total amount owed to Texas Custom Coaters is $76,925.68 and the total amount owed to Herman Packaging Company is $32,695.14. Debtor has negotiated a payment plan pre-petition to pay the delinquent amount. For this reason, Debtor is requesting authorization to pay each of the proposed critical vendors the amount of $1,000.00 per week on the pre-petition claim to its critical vendors until the pre-petition debt is cured.

8. If Texas Custom Coaters and Herman Packaging Company are not paid, they will discontinue providing goods and services to the Debtor. Debtor is unable to operate without these vendors, and they are a critical components to the Debtor's business. Without these vendors, the business will cease to operate, and Debtor will be unable to complete a

successful reorganization under Chapter 11.

## V. RELIEF REQUESTED

For these reasons, the Debtor respectfully requests the Court enter an order authorizing the Debtor to pay both Texas Custom Coaters and Herman Packaging Company the amount of $1,000 per week on the pre-petition debt as set forth above and grant such other and further relief as the court may deem proper.

Respectfully submitted,

*/s/ Robert "Chip" Lane*
THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
A. Zachary Casas
State Bar No. 24097469
zach.casas@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

# **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Debtor's Motion to Pay Critical Vendor was served upon the US Trustee and to the parties listed on the service list below and on the attached mailing matrix via electronic notice by the court's ECF noticing system including service upon the US Trustee and to the parties listed on the service list below by United States First Class Mail Postage Pre-paid and by electronic mail as listed below on August 29, 2024:

Debtor:
ILS Products, LLC
1910 E Tom Green St
Brenham, TX 77833-5129

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, TX 78701
USTPRegion07.AU.ECF@usdoj.gov

Texas Custom Coaters
9468 Interstate Dr.
Navasota, TX 77868

Herman Packaging Company
8112 Breen Dr.
Houston, TX 77064

ECF Notifications:

United States Trustee
USTPRegion07.AU.ECF@usdoj.gov

Additional Notices via Electronic Communication:

retention@1stalliancegrp.com

Ops@Alpineadvance.net

adin@canfieldcap.com

information@channelpartnersllc.com

info@coconutfunding.com

ian@fintap.com

info@fintap.com

underwriting@foxbusinessfunding.com

uw@ftcfunding.com

support@bluevine.com

bankruptcy@dedicatedgbc.com

info@thefundworks.com

info@Vicacapitalfundingllc.com

Steven.Bass@usdoj.gov

ehajra@advancedrecoverygroup.com

lit@awnrlaw.com

 

                                              */s/Robert C. Lane*
                                              Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-11040-smr<br>Western District of Texas<br>Austin<br>Thu Aug 29 12:18:42 CDT 2024 | ILS Products, LLC<br>1910 E Tom Green St<br>Brenham, TX 77833-5129 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | 1st Alliance Group LLC<br>2875 Ne 191st St Ste 500<br>Miami, FL 33180-2832 | AWN&R Commercial Law Group, PLLC<br>Attn: Jeffrey Parrella, Esq.<br>14 Wall Street 20th Floor<br>New York, NY 10005-2123 |
| Amazon Capital Services<br>PO BOX 035184<br>Seattle, WA 98124-5184 | American Express<br>Bankruptcy Unit<br>PO Box 297817<br>Fort Lauderdale, FL 33329-7817 | Andrew Grant<br>1910 E Tom Green St<br>Brenham, TX 77833-5129 |
| Ayla Jade Lawson<br>1910 E Tom Green St<br>Brenham, TX 77833-5129 | Ayla Jade Lawson<br>39926 Holik Rd<br>Brenham, TX 77833-5129 | Ayla Jade Lawson<br>39926 Holik Rd<br>Hempstead, TX 77445-3688 |
| Ayla Lawson<br>1910 E Tom Green St<br>Brenham, TX 77833-5129 | BFI - Ullman Peterson Productions<br>515 E Carefree Hwy<br>Phoenix, AZ 85085-8839 | BlueVine Capital Inc.<br>401 Warren St 300<br>Redwood City, CA 94063-1536 |
| Bravo U Bolts and Fasteners<br>1035 Hollywood St<br>Houston, TX 77015-5261 | Canfield Capital<br>30 N Gould St Ste R<br>Sheridan, WY 82801-6317 | Champco<br>2595 LCR 368<br>Groesbeck, TX 76642-2912 |
| (p)CHANNEL PARTNERS CAPITAL LLC<br>ATTN JEFF LOTHERT<br>1111 E COLLEGE DRIVE SUITE 200<br>MARSHALL MN 56258-1979 | (p)CLICKLEASE LLC<br>1182 W 2400 S<br>WEST VALLEY CITY UT 84119-8510 | Coconut Funding Corporation<br>100 Bayview Cir Ste 200<br>Newport Beach, CA 92660-8901 |
| Coconut Funding Corporation<br>1225 Franklin Ave Ste 325<br>Garden City, NY 11530-1693 | David Fogel, P.C.<br>1225 Franklin Avenue 201<br>Garden City, NY 11530-1890 | Eastern Metal Supply Texas<br>9400 Telge Rd<br>Houston, TX 77095-5109 |
| Fab Services Ltd<br>2405 Washington St<br>Waller, TX 77484-7305 | Faron Kaine<br>1910 E Tom Green St<br>Brenham, TX 77833-5129 | Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 |
| Green Grass Holdings LLC DBA FTC Funding<br>1 Whitehall St, 2nd Floor<br>New York, NY 10004-2125 | Herman Packaging Company<br>8112 Breen Dr.<br>Houston, TX 77064-8418 | Law Offices of Isaac H. Greenfield PLLC<br>2 Executive Blvd Suite 305<br>Suffern, NY 10901-8219 |

| | | |
|---|---|---|
| Linde<br>10 Riverview Drive<br>Danbury, CT 06810-6268 | PHMG<br>401 North Michigan Avenue Suite 2550<br>Chicago, IL 60611-4227 | RDM Capital Funding, LLC DBA FinTap<br>777 Passaic Avenue Suite 375<br>Clifton, NJ 07012-1875 |
| Ranch Solutions<br>3491 NC 217<br>Erwin, NC 28339-5000 | Rural Media Group, Inc.<br>49 Music Square West Suite 301<br>Nashville, TN 37203-3243 | Samuel, Son & Co<br>5022 Ashley Ct<br>Houston, TX 77041-6911 |
| Small Business Administration<br>409 3rd St Sw<br>Washington, DC 20416-0011 | Texas Custom Coaters<br>9468 Interstate Dr.<br>Navasota, TX 77868-5019 | The Cowboy Channel<br>130 East Exchange Avenue<br>Fort Worth, TX 76164-8210 |
| The Fundworks, LLC<br>299 S Main St Ste 1300 Pmb 93894<br>Salt Lake Cty, UT 84111-2241 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Toby Skinner<br>16915 South Greenfield Road<br>Gilbert, AZ 85295-1916 |
| U.S. Small Business Administration (SBA) - A<br>Little Rock Commercial Loan Servicing Ce<br>2120 Riverfront Drive 100<br>Little Rock, AR 72202-1794 | UPS<br>P.O. Box 650116<br>Dallas, TX 75265-0116 | Uline<br>Attn: Legal Dept<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | XPO , Inc.<br>Attn: Legal Dept<br>Five American Lane<br>Greenwich, CT 06831-2551 | Zimmerman Steel & Supply Company, LLC<br>18543 Davis Rd<br>Dalton, OH 44618-9697 |
| Robert Chamless Lane<br>The Lane Law Firm PLLC<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Channel Partners Capital LLC<br>11100 Wayzata Blvd Ste 305<br>Hopkins, MN 55305-5537 | Clicklease LLC<br>1182W W 2400 S<br>West Valley City, UT 84119 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ILS Products, LLC
1910 E Tom Green St
Brenham, TX 77833-5129

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49